IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Flint E. Topping, | : | |
| Plaintiff | : | Civil Action 2:11-cv-0727 |
| v. | : | Judge Watson |
| State of Ohio, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |
| | : | |
| Flint E. Topping, | : | |
| Plaintiff | | Civil Action 2:11-cv-0737 |
| | : | |
| v. | | Judge Graham |
| | : | |
| Ohio Department of Rehabilitation and Correction, *et al.*, | | Magistrate Judge Kemp |
| | : | |
| Defendants | : | |

ORDER

Plaintiff Flint E. Topping's unopposed December 12, 2011 motion to consolidate *Flint E. Topping v. State of Ohio, et al.*, 2:11-cv-0727 and *Flint E. Topping v. Ohio Department of Rehabilitation and Correction, et al.*, 2:11-cv-0737 (doc. 12) is GRANTED.

s/Mark R. Abel
United States Magistrate Judge

# INSTRUCTIONS FOR PAYMENT OF PRISONER FILING FEE AND SUBSEQUENT INSTALLMENT PAYMENTS

_____

The prisoner shown as the plaintiff on the attached order has filed a civil action <u>in forma pauperis</u> in this court and owes the court a filing fee. Pursuant to 28 U.S.C. §1915(b)(1) and (2), the fee is to be paid as follows:

> The initial partial fee listed on the attached order should be deducted by the prison cashier's office from the prisoner's account, when funds are available therein, until the initial partial fee is paid. A check (or checks) in the appropriate amount(s) should be attached to a form like that accompanying these instructions and sent to the address indicated below.

> Following the payment of the initial partial fee and continuing thereafter until the full fee has been paid, monthly payments of 20% of the preceding month's income credited to the prisoner's account should be deducted and forwarded to the court each time the amount in the account exceeds $10.

If the prisoner has filed more than one complaint in this district, (s)he is required to pay a fee in each case. The prison cashier's office shall make the monthly calculations and payments for each case in which it receives an order granting <u>in forma pauperis</u> status and these instructions. **The prisoner's name and case number must be noted on each remittance.**

Checks are to be made payable to:

> **Clerk, U.S. District Court**

Checks are to be sent to:

> **Prisoner Accounts Receivable**
> **260 U.S. Courthouse**
> **85 Marconi Blvd.**
> **Columbus, OH  43215**