IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Flint E. Topping,                              :

                    Plaintiff                  :      Civil Action 2:11-cv-00727

    v.                                         :      Judge Watson

Ohio Adult Parole Authority,                   :      Magistrate Judge Abel

                    Defendant                  :

                                               :

Flint E. Topping,                              :

                    Plaintiff                  :      Civil Action 2:11-cv-00737

    v.                                         :      Judge Watson

Ohio Adult Parole Authority,                   :      Magistrate Judge Abel

                    Defendant                  :

## Order

The Clerk of Court is DIRECTED to close case number 2:11-cv-00737. The claims

in case number 2:11-cv-00737 are identical to those in case number 2:11-cv-00727. Case

number 2:11-cv-00727 remains pending.


                                s/ Mark R. Abel_____
                                United States Magistrate Judge

1