IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Flint E. Topping, | : | |
| Plaintiff | : | Civil Action 2:11-cv-00727 |
| v. | : | Judge Watson |
| Ohio Adult Parole Authority, | : | Magistrate Judge Abel |
| Defendant | : | |

# Order

This matter is before the Magistrate Judge on plaintiff Flint E. Topping's October 14, 2011 letter to the court seeking to correct what he believes was a clerical error.

Plaintiff filed this action on August 10, 2011. Plaintiff apparently sent a copy of his complaint and motion for leave to proceed in forma pauperis to the Cincinnati division in addition to sending it to the Columbus division. On August 15, 2011, case number 2:11-cv-00737 was transferred to Columbus from Cincinnati. Initially, these cases were consolidated, but case number 2:11-cv-00737 was closed by the Court on March 30, 2012 because it was identical to this case. Plaintiff's request to stop being billed for case number 2:11-cv-00737 is GRANTED. Although plaintiff mailed two copies of his complaint, he intended to only file one action.

The Clerk of Court is DIRECTED to mail a copy of this Order to the plaintiff and the prison cashier's office. The Clerk is FURTHER DIRECTED to forward a copy of this Order to the Court's financial office in Columbus.

s/Mark R. Abel
United States Magistrate Judge